JOHN G. WOODS v. J. S. DANFORD, *et al.*

MARCH 9, 1882, the judge of the district court of Sumner county, at chambers, made an order dissolving an attachment in an action wherein *Woods* was plaintiff and *Danford* and another were defendants, and also refused leave to the plaintiff to amend the affidavit therein; which rulings *Woods* brings here.

*Herrick, George & Graham*, for plaintiff in error.
*Sterry & Sedgwick*, for defendants in error.

*Per Curiam:* The same questions are involved in this case as those decided in the case of *Wells, Fargo & Co. v. Danford & Smith;* and in accordance with the views therein expressed, the order of the district judge in this case must be reversed.